UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAM BRAMMER,<br><br>    Petitioner,<br><br>    v.<br><br>RAYMOND MADDEN,<br><br>    Respondent. | No. CV 16-7483-MWF (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: December 21, 2018

MICHAEL W. FITZGERALD
United States District Judge